EDWARD J. REID, PLAINTIFF-RESPONDENT AND CROSS-PETITIONER, v. ANTHONY AGNELLINO, DEFENDANT-PETITIONER AND CROSS-RESPONDENT.

*Messrs. Budd, Larner & Kent* for the petitioner and cross-respondent.

*Mr. O. Ernest Gatta* and *Mr. Robert V. Carton* for the respondent and cross-petitioner.

January 14, 1957. Denied.

HENRY WATSON, PLAINTIFF, v. UNITED STATES RUBBER COMPANY, DEFENDANT-RESPONDENT, AND HUDSON PIECE DYE WORKS, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Clarence F. McGovern* for the petitioners.

*Messrs. O'Brien, Brett & O'Brien* for the respondent.

January 14, 1957. Granted.